IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OHIO DISTRICT
EASTERN DIVISION

**RYAN MONTGOMERY,**

    Plaintiff,

**v.**                                 Case No. 2:19-cv-1618
                                   JUDGE EDMUND A. SARGUS, JR.
**COMMISSIONER OF**         Magistrate Judge Elizabeth Preston Deavers
**SOCIAL SECURITY,**

    Defendant.

## OPINION AND ORDER

On April 13, 2020 the Magistrate Judge issued a Report and Recommendation to the effect that the decision of the Commissioner of Social Security denying disability benefits be affirmed and the objections of Ryan Montgomery, plaintiff herein, be denied. (ECF No. 15.) Plaintiff has filed a timely objection. (ECF No. 16.) For the reasons that follow, the objections are **OVERRULED**.

**I.**

Plaintiff essentially asks this Court to review the entirety of the decision of the Administration Law Judge and the recommendation of the Magistrate Judge. The objection generally disputes the conclusions reached and makes no specific assignments of errors.

The undersigned has reviewed the medical records, the plaintiff's statements and work history, the opinions of the various doctors, psychologists and the nurse practitioner. The Court is of the view that the Report and Recommendation of the Magistrate Judge correctly analyzed and reviewed the decision of the Administrative Law, which was found to be supported by substantial evidence and in accordance with the law.

**II.**

For those reasons, this Court **ADOPTS** the report and Recommendation of the Magistrate Judge, **OVERRULES** the objections of the plaintiff and **AFFIRMS** the denial of benefits. Final judgment is **GRANTED** in favor of the Commissioner of Social Security.

**IT IS SO ORDERED.**


**9/16/2020**                                                 _s/ Edmund A. Sargus, Jr._
**Date**                                                   **EDMUND A. SARGUS, JR., JUDGE**
                                                          **UNITED STATES DISTRICT COURT**